IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00782-ZLW-MJW

JASON QUICK,

      Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: June __29__, 2005


     It is ORDERED that the Stipulated Motion For Leave To File Amended Complaint is granted, and the Amended Complaint is accepted for filing as of the date of this Minute Order.