Case 1:05-cv-00782-ZLW-MJW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00782-ZLW-MJW

JASON QUICK,
Plaintiff,

v

HEWLETT-PACKARD COMPANY,
Defendant.

---

STIPULATED MOTION FOR RULING TO ALLOW AUDIOLOGIST EDWARD JOSEPH JACOBSON TO TESTIFY BY TELEPHONE  (Docket No. 40)

THIS COURT, being duly advised in the premises, grants the "STIPULATED MOTION FOR RULING TO ALLOW AUDIOLOGIST EDWARD JOSEPH JACOBSON TO TESTIFY BY TELEPHONE."

DONE IN CHAMBERS this 8TH day of February 2006.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge

BY THE COURT:

_____
Zita L. Weinshienk
United States District Court Judge