IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00782-ZLW-MJW

JASON QUICK,

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Assistance of the Court in Setting Depositions (docket no. 56) is GRANTED.

It is FURTHER ORDERED that this case is set on April 26, 2006, at 8:30 a.m. for status conference before Magistrate Judge Watanabe.  At the status conference, counsel shall bring their calendars and shall be prepared to set outstanding depositions.  Moreover, the parties shall forthwith meet and confer and agree upon a protective order concerning these outstanding depositions and shall further meet and confer and attempt to clear deposition dates prior to April 26, 2006.

Date: April 12, 2006