### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00782-ZLW-MJW

JASON QUICK,

    Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

---

### PROTECTIVE ORDER
(Docket No. 63)

---

    Upon motion of all the parties for a protective order pursuant to the Federal Rules of Civil Procedure,

    IT IS HEREBY ORDERED from this day forward, that all Information and documents produced or exchanged in the course of this litigation shall be used solely for the purpose of this litigation, and for no other purpose whatsoever, and shall not be disclosed to any person except in accordance with the terms hereof.

    2.    "Information," from this day forward, as used herein, means any information of any type, kind or character which is designated as "Confidential" by any of the supplying or receiving parties, whether it be a document, information contained in a document, information revealed during a deposition, information revealed in an interrogatory answer or otherwise.

    3.    "Qualified Persons," from this day forward, as used herein means:

        (a)    the parties to the litigation;

        (b)    attorneys of record for the parties in this litigation and employees of such

attorneys to whom it is necessary that the material be shown for purposes of this litigation;

        (c)    actual independent testifying or consulting expert witnesses;

        (d)    court personnel and court reporters who agree in writing to be bound by this Protective Order;

        (e)    actual or potential deposition or trial witnesses;

        (f)    any other person may be designated as a Qualified Person by order of this Court after notice and hearing to all parties; and

        (g)    insurance company or party representatives.

Before being provided with Confidential Information, each Qualified Person shall review this Order and acknowledge in writing that he or she agrees to be bound by its terms and conditions.

4. Documents produced, from this day forward, in this action may be designated by any party or parties as Confidential Information by marking each page of the document so designated with a stamp stating "Confidential". This applies to both original documents and copies that are produced or exchanged.

5. Information disclosed at deposition may be designated by any party as Confidential Information by indicating on the record at the deposition that the testimony is "Confidential" and is subject to the provisions of this Order.

Any party from this day forward may also designate information disclosed at such deposition as Confidential by notifying all of the parties in writing within thirty (30) days of receipt of the transcript, of the specific pages and lines of the transcript which should be treated as Confidential thereafter. Each party shall attach a copy of such written notice or notices to the face of the transcript, and each copy thereof in his possession, custody or control. All deposition transcripts shall be treated as Confidential for a period of thirty (30) days after the receipt of the transcript.

To the extent possible, the court reporter shall segregate into separate transcripts

information designated as Confidential with blank, consecutively numbered pages being provided in a non-designated main transcript.

6. (a) "Confidential" information shall not be disclosed or made available by the receiving party to persons other than "Qualified Persons."

7. Documents unintentionally produced without designation as "Confidential" may be retroactively designated in the same manner, and shall be treated appropriately from the date written notice of the designation is provided to the receiving party.

Documents to be inspected shall be treated as "Confidential" during inspection. At the time of copying for the receiving parties, such inspected documents shall be stamped permanently "Confidential" by the producing party.

Nothing herein shall prevent disclosure beyond the terms of this order if each party designating the information as confidential consents to such disclosure or, if the court, after notice to all affected parties, orders such disclosures. Nor shall anything herein prevent any counsel of record from utilizing such documents in the examination or cross-examination of any person who is indicated on the document as being an author, source or recipient of the information, irrespective of which party produced such information.

8. In the event that any party to this litigation disagrees at any stage of these proceedings with the designation of any information as "Confidential" or the designation of any person as a Qualified Person, the parties shall first try to resolve such dispute in good faith on an informal basis within ten (10) days. If the dispute cannot be resolved, the objecting party may invoke this protective order by objecting in writing to the party who has designated the document or information as confidential. The designating party shall be required to move the court for an order preserving the designated status of such information with ten (10) days of receipt of the written objection, and failure to do so shall constitute a termination of the protected status of such item.

The parties may, by stipulation, provide for exceptions to this order, and any party may seek an order of this court modifying this protective order. Nothing shall be designated as "Confidential" except information of a sensitive nature, which if disclosed to persons of expertise in the area would reveal technical or business advantages of the producing or designating party.

11. Unless otherwise agreed to in writing by the parties or ordered by the court, all proceedings involving or relating to documents or any other information shall be subject to the provisions of this order.

SIGNED this 26TH day of April, 2006.

_____
U.S. District Court Judge.

MICHAEL J. WATANABE
APPROVED AS TO FORM AND SUBSTANCE:   U.S. MAGISTRATE JUDGE


By: /s/ John A. Kintzele
  John "Jack" A. Kintzele
  1317 Delaware Street
  Denver, CO 80204
  (303) 892-6494
  Email: JKintlaw@aol.com

ATTORNEYS FOR PLAINTIFF

By: /s/ Michael R. McCurdy
  Michael R. McCurdy
  Fairfield and Woods, P.C.
  1700 Lincoln Street, Suite 2400
  Denver, CO 80203
  (303) 830-2400
  Email: mmccurdy@fwlaw.com

ATTORNEYS FOR DEFENDANT