IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00782-ZLW-MJW

JASON QUICK,

Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate Final Pretrial Conference (docket no. 84) is GRANTED finding good cause shown.  The parties have reached a settlement in this case.  The Final Pretrial Conference set on July 12, 2006, at 10:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall submit their stipulation for dismissal to Judge Weinshienk on or before July 20, 2006, or show cause why this case should not be dismissed.

Date: July 7, 2006