IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0782-ZLW-MJW

JASON QUICK,

     Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

     Defendant.

---

## ORDER

---

In consideration of the Notice Of Settlement filed on June 28, 2006, it is

ORDERED that the hearing set on Tuesday, September 5, 2006, at 2:00 p.m. is hereby vacated.  It is

FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER settlement papers shall be filed on or before July 18, 2006.  If by that date settlement papers have not been received by the Court, on July 25, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   6   day of July, 2006.

                          BY THE COURT:

                          *(signature)*

                        ZITA L. WEINSHIENK,  Senior Judge
                        United States District Court