IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0782-ZLW-MJW

JASON QUICK,

     Plaintiff,

v.

HEWLETT-PACKARD COMPANY,

     Defendant.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs, expenses, and attorney fees.  It is

FURTHER ORDERED that all pending motions are moot.

DATED at Denver, Colorado, this __25__ day of July, 2006.

                              BY THE COURT:

                              */s/ Zita L. Weinshienk*

                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court